

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@.usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

KITTIVATH ERNIE INTHAVONG,
    a.k.a. "Kitti,"
    a.k.a. "Roscoe,"

    Defendant.

**SEALED**
**CRIMINAL INDICTMENT**

**2:21-cr-** *291-JCM NJK*

**VIOLATIONS:**

COUNTS ONE AND TWO:
18 U.S.C. §§ 922(g)(1) and 924(a)(2) –
Felon in Possession of a Firearm

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Felon in Possession of a Firearm
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

1.     On or about August 11, 2021, in the State and Federal District of Nevada,

**KITTIVATH ERNIE INTHAVONG,**
**a.k.a. "Kitti,"**
**a.k.a. "Roscoe,"**

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, that is: Possession of a Firearm by a Felon, in

the Superior Court of California, County of San Diego, on or about February 4, 2008, in

1

Case No. SCE275248; Burglary, in the Superior Court of California, County of San Diego, on or about July 25, 2000, in Case No. SCD147419; and Willful Discharge of a Firearm in a Grossly Negligent Manner, in the Superior Court of California, County of San Diego, on or about July 16, 1999, in Case No. SCD144481, knowingly possessed firearms, that is: a Zastava Arms model PAP M92PV 7.62x39mm semiautomatic pistol bearing serial number M92PV019595; and, an HS Produkt - Springfield Armory, Inc. model XDs-9 9x19mm semiautomatic pistol bearing serial number S3879941, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
Felon in Possession of a Firearm
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

2.    On or about August 11, 2021, in the State and Federal District of Nevada,

**KITTIVATH ERNIE INTHAVONG,**
**a.k.a. "Kitti,"**
**a.k.a. "Roscoe,"**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of a Firearm by a Felon, in the Superior Court of California, County of San Diego, on or about February 4, 2008, in Case No. SCE275248; Burglary, in the Superior Court of California, County of San Diego, on or about July 25, 2000, in Case No. SCD147419; and Willful Discharge of a Firearm in a Grossly Negligent Manner, in the Superior Court of California, County of San Diego, on or about July 16, 1999, in Case No. SCD144481, knowingly possessed firearms, that is: an Arsenal model SLR 106U 5.56x45mm semiautomatic pistol bearing serial number KP461046; a Mossberg model 500A 12-gauge pump-action shotgun bearing serial number

2

P205291; and a Smith & Wesson model 642 Airweight .38 caliber revolver bearing serial number CDA8762, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### Felon in Possession of a Firearm

1.     The allegations of Counts One and Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2.     Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Indictment,

**KITTIVATH ERNIE INTHAVONG,**
**a.k.a. "Kitti,"**
**a.k.a. "Roscoe,"**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

a.   a Zastava Arms model PAP M92PV 7.62x39mm semiautomatic pistol bearing serial number M92PV019595;

b.   an HS Produkt - Springfield Armory, Inc. model XDs-9 9x19mm semiautomatic pistol bearing serial number S3879941;

c.   an Arsenal model SLR 106U 5.56x45mm semiautomatic pistol bearing serial number KP461046;

d.   a Mossberg model 500A 12-gauge pump-action shotgun bearing serial number P205291;

e.  a Smith & Wesson model 642 Airweight .38 caliber revolver bearing serial number CDA8762; and

f.  any and all compatible components, magazines and ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

DATED: this 9th day of November, 2021.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

By_____
DANIEL J. COWHIG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4