AO 442 (Rev. 01/09) Arrest Warrant

11354591

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:21-cr- |
| KITTIVATH ERNIE INTHAVONG | ) | |
| Defendant | ) | |

NOV - 9 2021

CLERK US DISTRICT COURT

BY ____ DEPUTY

FILED JCM NJK RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 12 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY ____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KITTIVATH ERNIE INTHAVONG                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(2) ~ Felon in Possession of a Firearm

11/9/2021 Las Vegas, NV

Date: _____

**CLERK OF COURT**

_____
*Signature of Clerk or Deputy Clerk*

| Return | | |
|---|---|---|

This warrant was received on *(date)* 11/09/2021, and the person was arrested on *(date)* 11/10/2021
at *(city and state)*   LAS VEGAS, NV   .

Date: 11/10/2021

_____
*Arresting officer's signature*

FOR USMS
_____
*Printed name and title*