# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KITTIVATH INTHAVONG,<br><br>    Defendant. | Case No. 2:21-cr-00291-JCM-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant's motion to substitute counsel. Docket No. 26.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for June 2, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant and all counsel must be present in the courtroom.

IT IS SO ORDERED.

Dated: May 26, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge