RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Kittivath Ernie Inthavong

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KITTIVATH ERNIE INTHAVONG,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00291-JCM-NJK-1<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 36)**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Kittivath Ernie Inthavong, request that the objections to the Report and Recommendation (R&R) deadline that is currently scheduled for September 29, 2022 be vacated and continued for fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　Defense counsel needs additional time to prepare the objections to the Report and Recommendation (R&R).

　　　　2.　　　Mr. Inthavong is in custody and does not object to the continuance.

　　　　3.　　　The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to litigate all issues and prepare the objections to the R&R.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the deadline filed herein.

DATED this 28th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ LaRonda R. Martin*<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By */s /Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>KITTIVATH ERNIE INTHAVONG,<br><br>   Defendant. | Case No. 2:21-cr-00291-JCM-NJK-1<br><br>ORDER |

  IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Objections to the Report and Recommendation, that the Defendant's Deadline to file his Objections is extended to October 13, 2022.

  DATED September 29, 2022.

_____
UNITED STATES DISTRICT JUDGE
