# EXHIBIT 1

# EXHIBIT 1

2190 East Mesquite Ave

Pahrump, NV 89060

Phone: 775-751-4500

Fax: 775-751-8763

 **CoreCivic**

**Nevada Southern Detention Center**

**PILB Lic #2135B**

---

**To whom it may concern,**

I am a Case Manger at Nevada Southern Detention Center in Pahrump, NV.  Detainee Inthavong, Kittivah ID 73929509 has been in custody at this facility since November 10, 2021 . To date, Inthavong has been an example of a porter, going above and beyond his duties. Detainees are allowed additional programming options if they wish to further their skillset. In 2022 Inthavong completed and graduated from the In Person Victim Impact class. Additional programs were completed independently during the COVID shutdown to include Family and Community Reunification, Entrepreneurship, Expectations and Outcomes, Behavior Change, Anger Management, Basic Education, Career Resources, Conflict Resolution, Contemporary Technology Skills, Exercising, Financial Literacy, Time Management, Healthy Coping Skills, Health Education, Substance Abuse Education, Presentation Skills, Identification Package, Job Readiness, My SWOT-How to use your knowledge, Skill Based Education, and Peace Education Program. Inthavong has maintained employment as a porter in the Unit since March 2023 and is in good standing. In addition to working in the Unit, he completes additional assignments within the unit without receiving extra pay. Inthavong has taken an initiative to start and run a small bible study in his unit. Feedback from participants in this bible study has been very positive.this bible study has been very positive.

Thank You

Case Manager Soto

1