# EXHIBIT 2

# EXHIBIT 2



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### *For Successfully Completing*

### **Time Management**

Completion Date :
January 17, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### *For Successfully Completing*

**Substance Abuse Education**

Completion Date :
January 18, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Anger Management**

Completion Date :
January 19, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

### Skill Based Education

Completion Date :
January 20, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### For Successfully Completing

**Presentation Skills**

Completion Date :
January 21, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



**Corrections Rehabilitation Institute**

# Certificate of Completion

## Presented To

### *KITTIVATH INTHAVONG*

*For Successfully Completing*

**My SWOT - How to use your Knowledge**

Completion Date :
January 22, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### *For Successfully Completing*

**Basic Education**

*Issued Date :*
*January 23, 2022*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## KITTIVATH INTHAVONG

*For Successfully Completing*

**Behavior Change**

Completion Date :
January 24, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

## Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Career Resources**

Completion Date :
January 25, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Conflict Resolution**

Completion Date :
January 26, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Contemporary Technology Skills - v2**

Completion Date :
January 27, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

## Presented To

### KITTIVATH INTHAVONG

*For Successfully Completing*

**Entrepreneurship**

Completion Date :
January 28, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Exercising**

Completion Date :
January 29, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### For Successfully Completing

### **Expectations and Outcomes**

Completion Date :
January 30, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

## Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Family and Community Reunification**

Completion Date :
January 31, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



**Corrections Rehabilitation Institute**

# Certificate of Completion

## Presented To

### KITTIVATH INTHAVONG

---

*For Successfully Completing*

**Financial Literacy**

Completion Date :
February 1, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### For Successfully Completing

**Health Education**

Completion Date :
February 2, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### For Successfully Completing

**Healthy Coping Skills**

Completion Date :
February 3, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## KITTIVATH INTHAVONG

*For Successfully Completing*

**Identification Package**

Completion Date :
February 4, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



## Corrections Rehabilitation Institute

# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### For Successfully Completing

### *Job Readiness*

Completion Date :
February 5, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



# Peace Education Program
## The Prem Rawat Foundation

This certificate acknowledges that

### *KITTIVATH INTHAVONG*

has participated in the Peace Education Program

February 12, 2022



# STARTER U

The Brian Hamilton Foundation hereby certifies

# KITTIVATH INTHAVONG

has completed the Starter U online entrepreneurship course.

Completion Date :
August 14, 2022

Brian Hamilton
Founder, Brian Hamilton Foundation



BRIAN
HAMILTON
FOUNDATION



# Certificate of Completion

Presented To

## KITTIVATH INTHAVONG

For Successfully Completing

**Skillsoft: Become a Great Listener**

Completion Date :
August 21, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

### *For Successfully Completing*

**Skillsoft: Building Your Presentation**

Completion Date :
August 23, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## KITTIVATH INTHAVONG

For Successfully Completing

**Skillsoft: Choosing and Using the Best Solution**

Completion Date :
August 23, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

## Presented To

### *KITTIVATH INTHAVONG*

For Successfully Completing

**Skillsoft: Cultivating Relationships with Your Peers**

Completion Date :
August 27, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

*For Successfully Completing*

**Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them**

Completion Date :
August 27, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## KITTIVATH INTHAVONG

For Successfully Completing

### Skillsoft: Ensuring Successful Presentation Delivery

Completion Date :
August 28, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

## Presented To

### *KITTIVATH INTHAVONG*

---

*For Successfully Completing*

**Skillsoft: Establishing Self-confidence for Life**

Completion Date :
August 29, 2022

Course Location :
GTL LMS

*Skillsoft*





# skillsoft®

# Certificate of Completion

*Presented To*

## KITTIVATH INTHAVONG

*For Successfully Completing*

**Skillsoft: Interacting with Customers**

*Completion Date :*
*August 31, 2022*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *KITTIVATH INTHAVONG*

*For Successfully Completing*

**Skillsoft: Making and Carrying Out Tough Decisions**

*Completion Date :*
*September 2, 2022*

*Course Location :*
*GTL LMS*

*Skillsoft*



# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

**KITTIVATH INTHCAVONG**

*For completing*

*Computer Skills and Literacy*

*in our Educational Curriculum*

09-02-2022
Date

President of JES



# Certificate of Completion

*Presented To*

## KITTIVATH INTHAVONG

*For Successfully Completing*

**Skillsoft: Managing Pressure and Stress to Optimize Your Performance**

Completion Date :
September 3, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

*For Successfully Completing*

**Skillsoft: Overcoming Unconscious Bias in the Workplace**

Completion Date :
September 4, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

## Presented To

### KITTIVATH INTHAVONG

*For Successfully Completing*

**Skillsoft: Overcoming Your Own Unconscious Biases**

Completion Date :
September 5, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

## Presented To

## *KITTIVATH INTHAVONG*

### For Successfully Completing

### *Skillsoft: Planning an Effective Presentation*

Completion Date :
September 6, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## KITTIVATH INTHAVONG

For Successfully Completing

**Skillsoft: Reaching Sound Conclusions**

Completion Date :
September 7, 2022

Course Location :
GTL LMS

Skillsoft





# Certificate of Completion

### Presented To

## KITTIVATH INTHAVONG

### For Successfully Completing

**Skillsoft: Receiving Feedback**

Completion Date :
September 8, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

## Presented To

### *KITTIVATH INTHAVONG*

### *For Successfully Completing*

**Skillsoft: Solving Problems: Generating and Evaluating Alternatives**

Completion Date :
September 9, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

*For Successfully Completing*

**Skillsoft: Take a Deep Breath and Manage Your Stress**

Completion Date :
September 10, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

## Presented To

### KITTIVATH INTHAVONG

For Successfully Completing

**Skillsoft: The Art of Staying Focused**

Completion Date :
September 11, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

### Presented To

## *KITTIVATH INTHAVONG*

*For Successfully Completing*

**Skillsoft: Uncovering and Utilizing Your Talents and Skills**

Completion Date :
September 12, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## KITTIVATH INTHAVONG

For Successfully Completing

**Skillsoft: Understanding Unconscious Bias**

Completion Date :
September 13, 2022

Course Location :
GTL LMS

*Skillsoft*

 **CoreCivic**

# Certificate of Participation

*This is to certify that*

## Kittivath Inthavong

*has satisfactorily completed the requirements prescribed for*

### Victim Impact

*Given on this, the* _____1st_____ *day of* _____December_____ *, Two Thousand and* _____Twenty Two_____

_____
*Warden*

_____
*Authorizing Person*

*Certificate printed in blue, red, and black on security paper; security feature on face and back*

8040-H