# EXHIBIT 3

# MANUALLY FILED

# Award Video Speech Video