# EXHIBIT 4

# EXHIBIT 4

Amna Nassr
8933 Elwood Ct
Las Vegas, NV 89149

March 31, 2023

Re: Kittivath Inthavong

To: The Honorable Judge Mahan

I have known Kittivath Inthavong for 20+ years. Of the 20+ years of knowing him, we were married for 8 and prior to that we were in a long-term relationship and remain friends up to date. As ex-wife, I understand the seriousness of the charge against him and provide this reference letter hoping you show leniency in sentencing and consider his accomplishments in life rather than further penalizing him for his mistake.

I hope you would consider the many positive attributes he possesses over defining him and his character for the poor choices he's made in the past. Kittivath has been through countless trials and tribulations throughout his life and spent much of his adolescence and early adulthood incarcerated. Nonetheless, he is a very driven and determined individual and I know firsthand that when his mind set on a goal, there is no limit to what he can/will achieve. Prior to this incarceration, Kittivath has been an upstanding member to society for 12 consecutive years. Although the initial transition was a difficult one, I watched him push his limits daily for a better life. In 2009 when he was first released, it was challenging for him to find work due to his background and lack for work experience from being incarcerated but that did not stop him. For months, he woke up every day at 3:30am to be the first in line at Labor Ready (doors opened at 5:30am). He waited there for hours with only the hope and no guarantee to be selected for a job assignment for the day. He then began a landscaping work where they started him out at minimum wage at which point he was laboring for sometimes 10-12 hours a day in this extreme Las Vegas weather and he never once complained. Later, he was given the opportunity to secure a full-time position at Goodwill of Southern Nevada where he started out in an entry level position and worked his way up through training on his own time to the Box Truck Driver position. Due to his hard work, positive attitude, commitment, and dedication, he was awarded the "Career Connections Client of the Year Award". This is such an accomplishment because out of the hundreds of

employees and clients; Kittivath was carefully selected by his Manager, Supervisor, and Director of Mission Services for this award. He was also nominated and supported by his co-workers and peers which I believe speaks volumes about the positive impact he makes on people around him.

His continuous determination for growth in life pushed him to learn new trades to strengthen his quality of life. In the years following, he has accomplished learning and working in the HVAC and the Plumbing trade. Most recently (prior to this incarceration), Kittivath was working towards completing certification and accreditation for the Grease Pump Truck position at Pentagon Plumbing which requires CDL Class B Commercial Driver's License. This is by no means an easy certification to complete but I personally watched him study, review and self-teach himself for for countless hours.

These are just to name a few examples of the person he is. He is an inspiration to so many people. Most especially to those who can relate to growing up in the kind of atmosphere and struggles as he has. More importantly, he is kind, loving, compassionate and always tries to help anyone in need where he is able.

I know firsthand that Kittivath acknowledges his mistake and is actively taking steps in the right direction in preparing for his release.  To educate and better himself mentally, spiritually, and emotionally, he has taken advantage of tools, programs and resources offered to him during his incarceration. I believe that he is beyond capable of rehabilitation because despite the poor choices he made in the past, he is naturally caring, kind, intelligent and self-motivated. Equally as important, he takes full responsibility for his past actions leading to his incarceration and shows considerable remorse, which I think is a huge step to his continued future success upon his release.

Additionally, Kittivath has a strong support system with family, friends, and even prior employers. With the guidance and encouragement and strong support from me and many of his loved ones, I am confident that Kittivath will once again be a productive, law-abiding citizen and is better equipped to make smarter choices and re-adapt to normal life in society and remembering that freedom is a privilege and a blessing.

It is my sincere hope the court takes this letter into consideration to grant leniency and time served at the time of sentencing.


Respectfully,


Amna Nassr