# EXHIBIT 5

EXHIBIT 5

Arirath (Lebo) Inthavong

4433 SE 7th St

Des Moines, Iowa 50315


Re: Kittivath Inthavong

Dear Honorable Judge Mahan,

My name is Arirath, the youngest sister of Kittivath. Growing up with three little sisters I am sure was not easy for him. Having to look out for us, our mother and himself for the majority of his life was surely not something he planned doing, but did it with no complimants and would do it all over again. My brother experienced a lot of life and wisdom before me. Being the youngest and him being the olderst, our relationship did not become strong until I became an adult. With the age gap between us, he had a life that he already structured and I was just entering adulthood and becoming my own person. As I got older, I noticed that my brother was the first one I would call when I needed advice, whether I was going to like the answer or not. He has always been honest with me and has always told me nothing but the life truth which has helped me grow into the adult that I am today. He has never judged me if I ever made the wrong choice or went against his advice but rather told me, "You cannot dwell on something you cannot change, but rather learn from it. You only have one life to live, so make it count". Me living across the country, I cherish the phone calls and the facetimes even if they were just quick check in's to see how me and my family are doing and if there was anything myself or children needed that he can assist with. Going back to visit my family, my brother is the one I am most excited to see and visit with. His presence and personality makes it as if no time has gone by since the last time we hung out. He makes everything more enjoyable. The endless jokes, the life advice, the goofy laugh and the smile that will light up any room is something I will always cherish for the rest of my life and consider myself the luckiest sister to have such an amazing brother like mine. I know my brother has made some mistakes that portray him as a criminal, but deep down- he is just a man that is trying to do the best with the cards that he was dealt. I am expecting my fourth child and telling my brother while he is in the position that he is in, is not one I pictured. I feel like right now in my life is when I need my brother home the most. We are not getting any younger and there is still so much life that I want to experience with him. I feel he has learned his lessons as he got older and with the big support system that he has, he has no choice but to be successful and not turn back on his decisions that have landed him in the position that he is in. Please consider a small sentence for my brother so that he can close this chapter in his life and start fresh with a clear mind.


Thank you,