# EXHIBIT 7

# EXHIBIT 7

Colin De Young

4433 SE 7th St

Des Moines, Iowa 50315


Dear Honorable Judge Mahan,


My name is Colin De Young, significant other of Kittivath's youngest sister, Arirath.  I haven't known Kittivath for a long period of time but connected with him as if I have known him most of my life.  I met him Thanksgiving of 2019 when we went on a vacation to California.  Everything I heard about him from his sister exceeded my expectations of the man I thought I was going to meet. She told me how much he means to her, what he means to their family and how much of an impact he has on them, did not compare him to the person I met, for the better.  The first night I met him was at a restaurant and the first thing he did was stand up and shake my hand. From that moment, we had a connection that I cannot explain. He welcomed me with open arms and made my first-time experience in California a memorable one. From introducing me to the whole family, taking me to landmarks in San Diego, giving me tours, taking me to the beach and making sure I had a great time. He was willing to go the extra mile to make sure that I was taken care of, felt welcomed and overall comfortable. Seeing him interact with his family and his sister and our children is something I will forever hold in my heart. The joy he brought to them and myself as if we had known each other for longer than the two weeks that I spent with him is something that everyone has the privilege of meeting Kittivath. Living as far as I do from Kittivath, makes the phones calls and visits that much more memorable. I look forward to each time I get the chance to have an interaction with him as I know, his positive personality and wisdom is one of kind. Seeing the kids reaction to seeing him on facetime, them telling us how much they miss him, shows me the kind of person he is because of the purity of kids and how honest they always are. I hope you can understand what he means to the family as well as me personally and give him a chance at being the best father, brother, uncle and son everyone needs, not just wants. During our calls now, seeing him in the position he is in and how much he strives with the support of his family will make it an easy transition from incarnation to life outside that most do not have. I hope you put into consideration of giving him a chance to be the best person he can.


Thank you,